IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISHA M WALTON, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>KEE ANA SMITH, et al.,<br><br>　　　　Defendants. | Case No. 23-cv-04843-MMC<br><br>**ORDER STRIKING PLAINTIFFS' NOTICE OF FILING SUPPLEMENTAL STATEMENT**<br><br>Re: Dkt. No. 36 |

Before the Court is plaintiffs' "Notice of Filing Supplemental Statement," consisting of voluminous documents submitted in support of a "Petition to Perpetuate Testimony and Preserve Evidence [,] (Fed. R. Civ. P. 27)" contained therein.[1]

Rule 27 of the Federal Rules of Civil Procedure permits, "before an action is filed," the "fil[ing of] a verified petition in the district court for the district where any expected adverse party resides" for the purpose of obtaining an order "authorizing the petitioner to depose . . . named persons." See Fed. R. Civ. P. 27(a)(1).

Rule 27 does not, however, allow for the filing of such a petition in another case. Accordingly, the above-referenced filing is hereby STRICKEN.

**IT IS SO ORDERED.**

Dated: October 7, 2025

　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Plaintiffs state they filed such petition because they "have a good-faith belief they possess a future qui tam cause of action." (See "Petition to Perpetuate Testimony and Preserve Evidence" ¶ I.) Litigants appearing pro se, however, like plaintiffs here, "cannot prosecute a *qui tam* action on behalf of the United States." See Stoner v. Santa Clara Cnty. Off. of Educ., 502 F.3d 1116, 1127 (9th Cir. 2007).